# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2012

*The Court of Appeals hereby passes the following order:*

**A12A0805.  CARSWELL v. THE STATE.**

We docketed this appeal on December 16, 2011.  The Appellant, who is pro se, did not file a brief or enumeration of errors within 20 days after the appeal was docketed, as required by Court of Appeals Rule 23 (a).  On March 27, 2012, we ordered the Appellant to file a brief and enumeration of errors within 20 days of the date of the order.  To date, the Appellant has neither filed a brief or enumeration of errors nor communicated to this Court good cause for his failure to do so. Consequently, we DISMISS this appeal pursuant to Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/15/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*